# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL M. JACOBS, | ) | CASE NO. 5:18-cv-0235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | MAGISTRATE JUDGE |
| SECURITY ADMINISTRATION, | ) | THOMAS M. PARKER |
| | ) | |
| Defendant. | ) | JUDGMENT |

As set forth in the Memorandum Opinion filed contemporaneously herewith, the Report and Recommendation issued by Magistrate Judge Parker (ECF #15) is ADOPTED. The decision of the Commissioner denying Plaintiff's request for Disability Insurance Benefits is VACATED. Plaintiff's request that the case be remanded for further proceedings (ECF #1) is GRANTED.

IT IS SO ORDERED

_____
DONALD C. NUGENT
United States District Judge

DATED: _October 31, 2018_